The People of the State of New York ex rel. Josiah J. White v. Hon. Samuel T. Maddox, a Justice of the Supreme Court.— Motion for reargument denied, without costs. Present — Jenks, Burr, Rich and Miller, JJ.

Charles Rosenberg, Respondent, v. Samuel Gitelson, Appellant.— Motion for reargument denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ.

Charles Rosenberg, Respondent, v. Max Halpert, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Elkon Sachse, Appellant, v. Samuel Wohl, Respondent.— There being nothing in the papers to indicate that the appeal is a meritorious one, the motion to dismiss is granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

John Schaefer, Appellant, v. Argo W. Hutchinson, Respondent.— Motion denied, with costs. Present — Jenks, Burr, Thomas, Rich and Miller, JJ. ·

Mary A. Schultz, Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, Burr, Thomas, Rich and Miller, JJ. Settle order before Mr. Justice Jenks.

Emma Seaman and Others, Appellants, v. Edward R. McLaury, as Executor, etc., and Others, Respondents.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

George W. Seaward, as Administrator, etc., Respondent, v. Buell G. Davis, as Executor of Mary E. King, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question certified. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

George Tonkonogy and Another, Respondents, v. Abraham Fuchs and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

William Werner, Respondent, v. Louis Herbst, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

William M. Young, Respondent, v. David Loshen and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

Frank Allegro, Respondent, v. John Peirce Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Louis Bancroft, Respondent, v. Interborough Estates, Appellant, Impleaded with Lawyers Title Insurance and Trust Company and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, on the authority of *Cohen* v. *Biber* (123 App. Div. 528) and *Brown* v. *Mando* (125 id. 380). Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.